MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
THOMAS J. HANLON
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 13 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MORGAN MOSES SAMPSON, <br> ARTHUR LEE MILLER, <br> JEROME TOM MOSES, and <br> ADAN ROBERTO CORTES, <br><br> Defendants. | SUPERSEDING INDICTMENT <br> 1:14-CR-2033-FVS <br><br> Ct. 1: 18 U.S.C. §§ 113(a)(6), 1153 & 2 (Assault Resulting in Serious Bodily Injury and Aiding and Abetting) <br><br> Ct. 2: 18 U.S.C. §§ 924(c)(1)(A) & 2 (Discharge of a Firearm During a Crime of Violence and Aiding and Abetting) <br><br> Ct. 3: 18 U.S.C. §§ 113(a)(6), 1152 & 2 (Assault Resulting in Serious Bodily Injury and Aiding and Abetting) <br><br> Ct. 4: 18 U.S.C. §§ 924(c)(1)(A) & 2 (Discharge of a Firearm During a Crime of Violence and Aiding and Abetting) |

The Grand Jury charges:

COUNT ONE

On or about March 21, 2014, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, and on trust

INDICTMENT                                                            1

land, defendants, MORGAN MOSES SAMPSON, ARTHUR LEE MILLER, and JEROME TOM MOSES, Indians, did knowingly assault L.T., resulting in serious bodily injury and did aid and abet the same; all in violation of Title 18, United States Code, Sections 1153; 113(a)(6); and 2.

COUNT TWO

On or about March 21, 2014, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, and on trust land, the defendants, MORGAN MOSES SAMPSON, ARTHUR LEE MILLER, and JEROME TOM MOSES, Indians, did knowingly use, carry, brandish, and discharge a firearm during and in relation to, and possess in furtherance of, crimes of violence for which MORGAN MOSES SAMPSON, ARTHUR LEE MILLER, and JEROME TOM MOSES may be prosecuted in a court of the United States, that is: Assault Resulting in Serious Bodily Injury, as charged in Count One; and did aid and abet the same; all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and (iii); and 2.

COUNT THREE

On or about March 21, 2014, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, and on trust land, defendant, ADAN ROBERTO CORTES, a non-Indian, did knowingly assault

L.T., an Indian, resulting in serious bodily injury and did aid and abet the same; all in violation of Title 18, United States Code, Sections 1152; 113(a)(6); and 2.

COUNT FOUR

On or about March 21, 2014, in the Eastern District of Washington, within the external boundaries of the Yakama Nation Indian Reservation, and on trust land, the defendant, ADAN ROBERTO CORTES, a non-Indian, did knowingly use, carry, brandish, and discharge a firearm during and in relation to, and possess in furtherance of, crimes of violence for which ADAN ROBERTO CORTES may be prosecuted in a court of the United States, that is: Assault Resulting in Serious Bodily Injury, as charged in Count Three; and did aid and abet the same; all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and (iii); and 2.

DATED:  MAY 13, 2014



MICHAEL C. ORMSBY
United States Attorney

SHAWN N. ANDERSON
Assistant United States Attorney

THOMAS J. HANLON
Assistant United States Attorney

INDICTMENT                                                 3